|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |

DANIEL DEMISSIE,

    Plaintiff,

v.

AARON D. FORD, ATTORNEY GENERAL OF NEVADA, LAS VEGAS METROPOLITAN POLICE DEPARTMENT (Metro), DETECTIVE GABRIEL LEA (#16511), OFFICER BROOKS WEST (#16134), CAESARS ENTERTAINMENT, INC., FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, AND JOHN DOE, FLAMINGO ASSISTANT SECURITY SHIFT MANAGER,

    Defendants.

Case No. 2:25-cv-00504-GMN-EJY

**ORDER**

    Pending before the Court is Defendants' Revised Motion to Seal (ECF No. 88). The Motion seeks to seal exhibits J, K. L, M, N, and O filed in support of the Opposition to Plaintiff's Motion for Terminating Sanctions and Default Judgment Due to Fraud on the Court. These exhibits, likenesses of LVMPD officers, are offered to refute contentions in Plaintiff's Motion for Terminating Sanctions. Defendants provide compelling reasons for sealing these records in accord with Ninth Circuit precedent established in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006) and its progeny.

    Accordingly, IT IS HEREBY ORDERED that the Revised Motion to Seal (ECF No. 88) is GRANTED.

    IT IS FURTHER ORDERED that exhibits J, K, L, M, N, and O, filed manually with the Court (*see* docket entries on September 8 and 9, 2025) are and shall remain sealed.

    IT IS FURTHER ORDERED that these exhibits, if not already produced to Plaintiff, must be served on Plaintiff.

    IT IS FURTHER ORDERED that Plaintiff is **not to disclose** these exhibits **to anyone for any purpose** other than in relation to this litigation—meaning solely to support or in response to

1

motion practice and/or in discovery propounded on Defendants. If Plaintiff submits any one or more of these exhibits to the Court, such exhibit or exhibits **must be filed under seal**. If Plaintiff uses any one or more of these exhibits in a deposition, the exhibit or exhibits and the deposition **must be sealed** during that portion of the deposition.

Dated this 16th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2