UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL DEMISSIE,<br><br>Plaintiff,<br><br>v.<br><br>AARON D. FORD, ATTORNEY GENERAL OF NEVADA, LAS VEGAS METROPOLITAN POLICE DEPARTMENT (Metro), DETECTIVE GABRIEL LEA (#16511), OFFICER BROOKS WEST (#16134), CAESARS ENTERTAINMENT, INC., FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, AND JOHN DOE, FLAMINGO ASSISTANT SECURITY SHIFT MANAGER,<br><br>Defendants. | Case No. 2:25-cv-00504-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Reconsider the Court's Order Granting Defendants' Motion to Seal (ECF No. 91). Plaintiff did not have an opportunity to oppose the request to seal and, for this reason, the Order granting the Motion to Seal is held in abeyance until such time as Plaintiff has such opportunity. However, the documents currently sealed will remain provisionally sealed until such time as Plaintiff has an opportunity to oppose the sealing request and the Court considers that opposition.

Accordingly, IT IS HEREBY ORDERED that the Motion to Reconsider the Court's Order Granting Defendants' Motion to Seal (ECF No. 91) is GRANTED as stated above.

IT IS FURTHER ORDERED that Plaintiff may file an Opposition to the Motion to Seal (ECF No. 88) no later than **September 24, 2025**. No reply is to be filed without leave of Court.

1       IT IS FURTHER ORDERED that after receipt and review of Plaintiff's Opposition, the Court will issue an Order either confirming ECF No. 89, which granted the Motion to Seal, or reversing its Order.

Dated this 17th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE