LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Officer Brooks West and Detective Gabriel Lea*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DEMISSIE,<br><br>                    Plaintiff,<br><br>vs.<br><br>AARON D. FORD, ATTORNEY GENERAL OF NEVADA, LAS VEGAS METROPOLITAN POLICE DEPARTMENT (Metro), DETECTIVE GABRIEL LEA (#16511), OFFICER BROOKS WEST (#16134), CAESARS ENTERTAINMENT, INC., FLAMINGO LAS VEGAS OPERATING COMPANY, LLC, AND JOHN DOE, FLAMINGO ASSISTANT SECURITY SHIFT MANAGER,<br><br>                    Defendants. | Case No.:   2:25-cv-00504-GMN-EJY<br><br><br>**SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the

law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Las Vegas

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 1 of 4

Metropolitan Police Department, Officer Brooks West and Detective Gabriel Lea ("LVMPD Defendants") in the above-entitled action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 23rd day of June, 2026.

KAEMPFER CROWELL

By: _/s/ Lyssa Anderson_
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

**Attorneys for Defendants**
**Las Vegas Metropolitan Police Department**
**Officer Brooks West and Detective Gabriel Lea**

DATED this 23rd day of June, 2026.

We hereby consent to the substitution.

Las Vegas Metropolitan Police Department
Officer Brooks West and Detective Gabriel Lea

By:___/s/ Matthew Christian_____
Name:  Matthew Christian
Assistant General Counsel for Las Vegas
Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 23rd day of June, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:      June 23, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **SUBSTITUTION OF ATTORNEYS** to be served via CM/ECF and/or First Class Mail (where indicated) addressed to the following:

| | |
|---|---|
| DANIEL DEMISSIE<br>142 S. Tennessee Ave., Apt 27<br>Atlantic City, NJ 08401<br>Tel:  202-230-4537<br>ddadconsult@yahoo.com | RANALLI ZANIEL FOWLER & MORAN LLC<br>GEORGE M. RANALLI<br>MAEGUN C. MOOSO<br>2340 West Horizon Ridge Parkway Suite 100<br>Henderson, NV 89052 |
| ***Plaintiff in Proper Person*** | ***Attorneys for Defendants***<br>***Caesar's Entertainment, Etc.*** |

DATED this 23rd day of June, 2026.

 */s/ Robin Callaway*
 an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.